*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

THOMAS B. PLUNKETT, III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

**2nd BRIEF DEFICIENCY NOTICE**
November 12, 2026

Ms. Amanda Flug Davidoff
Sullivan & Cromwell, L.L.P.
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006-5215

Mr. Daniel J. Richardson
Sullivan & Cromwell, L.L.P.
1700 New York Avenue, N.W.
Washington, DC 20006-5215

No. 26-40285 Flowers Title v. Bessent
USDC No. 6:25-CV-127

Dear Ms. Davidoff and Mr. Richardson,

The following pertains to the Amici Curiae brief of The Chamber of Commerce of the United States of America, National Federation of Independent Business Small Business Legal Center, Incorporated and National Association of Home Builders, that was resubmitted to the Court on November 10, 2026.

The brief remains insufficient for the following reason and must be corrected within the next **14 days**:

- The brief was electronically filed using the Electronic Case Filing (ECF) user-name and password of Attorney Mr. Daniel Richardson (Please refer to the October 23, 2026 docket event).

  Problem is, Mr. Richardson did not sign the brief. Instead, the brief is signed by Attorney Ms. Amanda Davidoff (and this resubmitted version of the brief is only signed by Attorney Ms. Amanda Davidoff), which is unacceptable.

  Please be advised that the filing user's name under whose log-in and password the document is filed must also have a signature on the brief. An attorney may not electronically file a document on behalf of another attorney (See 5th Cir. R. 25.2.10).

  To remedy the default, counsel must choose from the following options-

  1. Replace all the electronic signatures of Attorney Ms. Amanda Davidoff, with the electronic signature of Attorney Mr. Daniel Richardson;

2. Or, leave the electronic signatures of Attorney Ms. Amanda Davidoff, AND add the electronic signature of Attorney Mr. Daniel Richardson.

3. Or, if the brief should not have been electronically filed under the ECF credentials of Attorney Mr. Daniel Richardson, then counsel may electronically file a motion to withdraw the original brief filing and request to file the brief out of time.

**If the above option 1 or 2 was chosen, then once you have prepared the sufficient brief, you must electronically file the proposed sufficient brief by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk’s office. The brief is not sufficient until final review by the clerk’s office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Failure to timely remedy the default may result in the amici brief being stricken.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ___________________________
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
Mr. Andrew Buttaro
Mr. Clayton Way Calvin
Mr. Spencer James Davenport
Mr. J. Kain Day
Mr. Adrian Garcia
Ms. Sally Elizabeth Garrison
Ms. Caroline Gillette
Mr. Peter D. Hardy
Mr. Robert E. Henneke
Mr. George Roland Love
Mr. John Mills
Ms. Amy Peikoff
Mr. Christopher J. Picard
Mrs. Laura Beard Renstrom
Ms. Madeline Schonberger
Mr. Luke A. Wake
Mr. Chance Weldon